**Order entered August 25, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00610-CV**

**OLD VICKERY SQUARE TOWNHOMES HOMEOWNERS ASSOCIATION AND JAMES HARRINGTON, JR., Appellants**

**V.**

**AMANDA YLITALO, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17312**

**ORDER**

Before the Court is the August 21, 2020 agreed motion signed by all parties for an extension of time for appellants to file their respective briefs. The parties inform the Court that they have reached a settlement. Appellants request a forty-five day extension to allow the parties time to finalize the settlement documents. We **GRANT** the motion and extend the time to **October 5, 2020** for appellants to file either a motion to dismiss the appeal or their respective briefs on the merits.

/s/     KEN MOLBERG
        JUSTICE